STATE OF NEW JERSEY v. GREGORY MARSHALL.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND MICKENS.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FARMS.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN HERMAN.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DENSON.

February 3, 1986.

Petition for certification denied.